## HOLT v. STATE.

### No. 20772.

Court of Criminal Appeals of Texas.

Jan. 24, 1940.

M. E. Lawrence, of Eastland, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The offense is robbery. The punishment assessed is confinement in the state penitentiary for a term of 5 years.

The record is before us without statement of facts or bills of exceptions. The indictment is sufficient to charge the of-